FILED

AUG 2 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI GUILLEM, an individual,<br><br>Defendant. | Case No.: '07 CV 1639 WQH NLS<br>ORDER OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT, AMENDMENT AND DISMISSAL<br><br>Removed From: Superior Court of California<br>County of El Cajon, 250 East Main Street<br>El Cajon, CA 92020<br>Case No.: 37-2007-00059607-CL-PA-EC |

Upon review and consideration of the Notice of Substitution of United States of America filed herein by the United States of America and it appearing to the Court that this is a tort action that includes claims against Defendant Giovanni Guillem arising out of actions certified by the Attorney General of the United States to have been taken within the scope of his office and employment as federal a employee,

IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), that the United States of America shall be substituted as a Defendant herein, in place of Defendant Giovanni Guillem, and that the title of the action be amended accordingly.

1 |     IT IS FURTHER ORDERED that as to Defendant Giovanni Guillem this
2 | action is dismissed, with prejudice, pursuant to 28 U.S.C. §
3 | 2679(d)(2).

DATED: 8/21, 2007

_____
UNITED STATES DISTRICT JUDGE